# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAUDE D. COLLINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-5229** |
| **TRAVIS TANNON, WARDEN** | **SECTION "S" (6)** |

# O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the portion of the Report and Recommendation regarding the exhaustion requirement, and adopts that portion of the Report and Recommendation as its opinion in this matter.

**IT IS ORDERED** that the petition of **Claude D. Collins** for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies.

New Orleans, Louisiana, this 30th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE